UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

KAREEM BYNUM,　　　　　　　　　　)
an individual,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　)　　Case No: 1:13-cv-00186-SEB-MJD
v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
USRP WILLOW WEST, LLC,　　　　　　)
a Delaware Limited Liability Company,　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　　)
　　　　　　　　　　　　　　　　　　 /

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, hereby stipulate to the dismissal of this action with prejudice and each party shall bear

its respective fees and costs.

Respectfully Submitted,　　　　　　　　　　　Respectfully Submitted,

By: */s/ Eric C. Bohnet*　　　　　　　　　　　By: */s/ Hamish Cohen*
　　**KU & MUSSMAN, P.A.**　　　　　　　　　　**BARNES & THORNBURG, LLP**
　　*Attorney for Plaintiff*　　　　　　　　　　*Attorneys for Defendant*
　　Eric C. Bohnet, Esq.　　　　　　　　　　　Hamish Cohen, Esq.
　　Attorney at Law　　　　　　　　　　　　　11 South Meridian Street
　　6617 Southern Cross Drive　　　　　　　　Indianapolis, Indiana 46204-3535
　　Indianapolis, Indiana 46237　　　　　　　　Tel: (317) 261-7956
　　Tel: (317) 750-8503　　　　　　　　　　　Hamish.Cohen@btlaw.com
　　ebohnet@gmail.com